**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| **Ranel Cox, Jr.,** )<br>**Plaintiff,** )<br>vs. )<br>**Yamaha Motor Corp., et al.,** )<br>**Defendants.** )<br> ) | **CV-06-519-TUC-DCB**<br><br>**ORDER** |

Magistrate Judge Guerin issued her Report and Recommendation on May 19, 2008, recommending that the District Court grant the Defendants' Motion for Summary Judgment and dismiss the action with prejudice. A copy was electronically sent to all parties on May 19, 2008, notifying all parties that written objections must be filed within ten days of service. 28 U.S.C. §636(b). No objections to the Magistrate Judge's Report and Recommendation have been filed. Consequently, any objections that have not been raised are waived and will not be addressed by the Court.

The Court, having made an independent review of the record, orders as follows:

IT IS ORDERED that Magistrate Judge Guerin's Report and Recommendation (Doc. No. 41) is ACCEPTED and ADOPTED by this Court as the findings of fact and conclusions of law.

IT IS ORDERED that Defendants' Motion for Summary Judgment (Doc. No. 32) is GRANTED and this action is dismissed with prejudice in favor of Defendants. All parties are to bear their own attorney fees and costs. A Final Judgment shall enter separately.

DATED this 4th day of June, 2008.

David C. Bury
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28